UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NICK BIGSBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00179-JPH-KMB ) |
| CENTURION HEALTH, et al., | ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is **dismissed without prejudice.**

Date: 11/3/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____*Pam Pope*_____
Deputy Clerk, U.S. District Court

Distribution:

NICK BIGSBY
915268
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only